```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE          12/20/12
TLMO/KST3982                 IN-FORMA-PAUPERIS DATA                 15:07:41
TDCJ#: 00999529 SID#: 07801297 LOCATION: POLUNSKY      INDIGENT DTE:
NAME: CHANTHAKOUMMANE,KOSOUL         BEGINNING PERIOD: 06/01/12
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:      394.56 TOT HOLD AMT:      0.00 3MTH TOT DEP:     456.94
6MTH DEP:         821.94 6MTH AVG BAL:    183.77 6MTH AVG DEP:     136.99
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
11/12     209.39         100.00        08/12     235.59         190.00
10/12     289.13         120.00        07/12     229.25          90.00
09/12     300.50         236.94        06/12     289.26          85.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF  Polk
ON THIS THE 20 DAY OF DEC, 12 I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

KENNETH STACKHOUSE
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp 01-16-2014
NOTARY WITHOUT BOND

NOTARY PUBLIC